| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) YOUNG, WILLIAM G. | 2. Court or Organization UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS | 3. Date of Report 5/6/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) CHIEF JUDGE DISTRICT OF MASSACHUSETTS | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final | 6. Reporting Period JANUARY 1, 2003 DECEMBER 31, 2003 |
| 7. Chambers or Office Address SUITE 5710 JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE 1 COURTHOUSE WAY, BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| LECTURER & FACULTY MEMBER | BOSTON UNIVERSITY LAW SCHOOL |
| LECTURER & FACULTY MEMBER | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC |
| TRUSTEE | TRUST |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| JAN-MAY '03 | BOSTON UNIVERSITY - TEACHING INCOME | $16,400.00 |
| SEPT-DEC '03 | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC - TEACHING INCOME | $7,140.00 |
| | THOMPSON - WEST - BOOK ROYALTIES | $6,186.64 |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✓ NONE (No reportable non-investment income.)

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1 | ☒ NONE (No such reportable reimbursements.) | | |
| 2 | NEW YORK INTELLECTUAL PROPERTY LAW ASSN. | MARCH 19, 2004 - FOOD, LODGING & TRANS | MEETING - NEW YORK, N.Y. |
| 3 | RESPECT FOR LAW ALLIANCE, INC. | MAY 25, 2004 - FOOD & TRANS. | MEETING - NEW YORK, N.Y. |
| 4 | AMERICAN PATENT LAW FOUNDATION | OCT 6, 2004 - FOOD & TRAVEL | LECTURE - CHICAGO, ILL. |
| 5 | VERMONT LAW SCHOOL | NOV 6, 2004 - TRANS. | LECTURE - S. ROYALTON, VT |
| 6 | NATIONAL CENTER FOR STATE COURTS | DEC 9, 2004 - TRANS. | LECTURE - WASHINGTON, D.C. |
| 7 | THE FEDERALIST SOCIETY | AUG 19, 2004 - TRANS. | LECTURE - WASHINGTON, D.C. |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☑ NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☑ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 BANK OF AMERICA, NEEDHAM, MA - SUCCESSOR BY MERGER TO FLEET NAT'L BANK 1) JOINT SAVINGS ACCTS 2) IRA 3) CD's | D | INT | N | T | | | | | |
| 2 AKAMAI COMMON STOCK | | NONE | J | T | | | | | |
| 3 AT&T COMMON STOCK | A | DIV | J | T | | | | | |
| 4 KEYSPAN ENERGY COMMON STOCK | A | DIV | J | T | | | | | |
| 5 SBC COMMUNICATIONS COMMON ST | A | DIV | J | T | | | | | |
| 6 VERIZON COMMON STOCK | A | DIV | J | T | | | | | |
| 7 LISTED BELOW ARE THE INCOME PRODUCING ASSETS OF A TRUST I AM THE TRUSTEE | | | | | | | | | |
| 8 BRISTOL-MYERS SQUIBB | B | DIV | K | T | | | | | |
| 9 DUKE ENERGY CORP | | | L | T | | | | | |
| 10 GENERAL ELECTRIC | A | DIV | O | T | BUY SELL | 4/13 9/16 | K L | J | |
| 11 LYONDELL CHEMICAL CORP | | | O | T | BUY SELL | 7/2 9/16 | K K | J | |
| 12 MICROSOFT CORP | | | O | T | BUY SELL | 4/13 4/26 | K K | J | |
| 13 SBC COMMUNICATIONS | C | DIV | L | T | | | | | |
| 14 TIME WARNER INC | B | DIV | K | T | | | | | |
| 15 WINN DIXIE STORES | | | K | T | BUY | 7/8 | | | |
| 16 ABN AMRO CAP FUND | | | O | T | SELL | | 4/1 | J | |
| 17 NEW YORK ST HRB DEV CORP | A | INT | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code (A-H) | (2) Type (e.g. div rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 LONG ISLAND PWR AKTHY | A | INT | K | T | | | | | |
| 19 METROPOLITAN TRANSIT AKTHY | D | INT | M | T | | | | | |
| 20 NEW YORK CITY MUN BOND | B | INT | K | T | | | | | |
| 21 NEW YORK STATE LCL GOVT | C | INT | M | T | | | | | |
| 22 NEW YORK STATE DORM AKTHY | A | INT | K | T | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 | Income Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book Value | V=Other | W=Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _May 6, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544